E-FILED
Thursday, 04 August, 2011 04:02:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RICHARD NEVILLE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 11-3144 |
| OCTA PHARMA PLASMA, | ) |
| Defendant. | ) |

## ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Report and Recommendation entered by the magistrate judge.

On May 19, 2011, the pro se Plaintiff filed his Complaint and a motion for leave to proceed in forma pauperis. The same day, by Text Order, United States Magistrate Judge Byron G. Cudmore Denied the Plaintiff's motion for leave to proceed in forma pauperis and Directed the Plaintiff to pay the filing fee on or before July 1, 2011, or risk dismissal of the case for want of prosecution.

In a Report and Recommendation entered on July 6, 2011, Judge

Cudmore noted that Plaintiff had failed to pay the Court's filing fee. Therefore, Judge Cudmore recommended that the Complaint be dismissed for want of prosecution.

The Plaintiff has neither paid the filing fee nor filed Objections to the Report and Recommendation.

<u>Ergo</u>, the Court ADOPTS the Report and Recommendation [d/e 3] entered by the magistrate judge. This action is DISMISSED for want of prosecution.

ENTER: August 4, 2011

FOR THE COURT:

s/Richard Mills
United States District Judge